IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ADELLA MESSICK                                                                                         PLAINTIFF

v.                                          5:05CV00155 WRW/JTR

MICHAEL J. ASTRUE,
Commissioner, Social Security Administration                                         DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge J. Thomas Ray. There have been no objections. After careful review, the Court concludes that the Proposed Findings and Recommendations should be and they hereby are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED THAT:

1.     Plaintiff's Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (docket entry # 24) is GRANTED.

2.     The Commissioner shall certify and pay to Mr. David Hendrix, attorney for Plaintiff, $4,744.25, which has been awarded as an attorney's fee under 42 U.S.C. § 406(b).

3.     Plaintiff's counsel, Mr. David Hendrix, shall immediately refund the $2,731.25 awarded to him under the EAJA, to Plaintiff, Ms. Adella Messick.

DATED this 5th day of February, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE